## PEOPLE v. KAMINISKY.

(Supreme Court, Appellate Division, First Department. April 29, 1910.)

Appeal from Court of Special Sessions, New York County.

Frank Kaminisky was convicted of grand larceny in the second degree, and appeals. Affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, MILLER, and DOWLING, JJ.

Henry Hirschberg, for appellant.
Robert S. Johnstone, for the People.

PER CURIAM. Judgment affirmed.

McLAUGHLIN, J. I dissent, upon the ground that there is no proof in this record that the defendant was under 16 years of age, and that such proof was essential to the jurisdiction of the court.